**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WISCONSIN PUBLIC SERVICE CORPORATION,** Plaintiff, v. **UNITED STATES OF AMERICA,** Defendant. | Case No. 04-0071C<br>Judge Block |

**REPLY IN SUPPORT OF MOTION TO SUBSTITUTE PLAINTIFF AND AMEND COMPLAINT, AND FOR LIMITED RELIEF FROM STAY**

The response by the government, dated November 8, 2007, confirms that the government does not oppose any of the relief requested in our Motion To Substitute Plaintiff and Amend Complaint, And For Limited Relief From Stay, filed October 22, 2007. Accordingly that motion is consented, and we respectfully request that it be granted by the Court.

The Government goes on to recite a lengthy "reservation of rights" regarding certain purported defenses regarding the Anti-Assignment Act. We do not believe any such reservation of purported rights to be necessary nor, unless the Court desires otherwise, do we intend here to respond in full. We would only note that all of the arguments recited by the government in its response to our motion have been thoroughly addressed, and decisively rejected, by the Court in *Rochester Gas and Electric Corporation v. United States*, 65 Fed. Cl. 431, 440-442 (2005) and *Vermont Yankee Nuclear Power Corporation v. United States*, 73 Fed. Cl. 236, 241-242 (2006). Those decisions are correct, and there are no decisions by this Court to the contrary. In any event, if the government ultimately decides to pursue such matters, we respectfully suggest that the appropriate time to do so would be when and if this matter moves forward on the merits.

For the foregoing reasons and those stated in our original motion, WPS and Dominion respectfully request: (1) that Dominion be substituted as the single named party plaintiff in this action pursuant to RCFC 25(c) and RCFC 15(a), and that the First Amended Complaint attached as Exhibit 1 to our original motion be deemed filed; and (2) that the stay of this action entered by the Court most recently on July 2, 2007 be lifted for the limited purpose of implementing these changes, but otherwise remain in place.

Respectfully submitted,

s/ Brad Fagg

Brad Fagg
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191 (telephone)
(202) 739-3001 - facsimile

Counsel for Wisconsin Public Service Corp.
and
Dominion Energy Kewaunee, Inc.

November 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 21st day of November 2007, the foregoing was filed with the Court electronically, and service is thereby deemed to have been made upon all counsel of record.

s/ Brad Fagg